**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

FILED
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                  No. 26-MJ-1146-JMR

RUSSELL SECATERO,

       Defendant.

## ORDER TOLLING SPEEDY TRIAL COMPUTATION

The Court, having been informed of the circumstances, now finds the ends of justice served by granting Defendant's unopposed request to toll the speedy indictment computation. The Court expressly finds that the public's interest in a speedy indictment and trial is outweighed by (1) the public's interest in the potential for pre-indictment resolution of this case, which would result in a quicker resolution of the case, and which would spare the judicial, prosecutorial, defense, and law enforcement resources that would be expended if this case proceeded to trial; and (2) the potential benefit conferred upon the Defendant in an expedited resolution of the case

IT IS THEREFORE ORDERED that pursuant to 18 U.S.C. §§ 3161(h)(7)(A), a period of time of 60 days, for a total of 210 days from the date of arrest on March 16, 2026, is hereby tolled and excluded from the computation of a speedy indictment and October 12, 2026, is the new deadline for indictment.

_____
UNITED STATES MAGISTRATE JUDGE